### Charles Leon LEWIS, Petitioner–Appellant,

v.

### Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 01–6206.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Charles Leon Lewis, pro se.

Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Charles Leon Lewis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's

opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Lewis v. Angelone,* No. CA–99–1549–2 (E.D.Va. Jan. 25, 2001). We deny Lewis' motion to authorize preparation of a transcript at the Government's expense and deny Lewis leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*